UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

806369
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Secured Creditor: JPMORGAN CHASE
BANK, NATIONAL ASSOCIATION

**Order Filed on January 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DENNIS COHEN A/K/A DENNIS J. COHEN
SHARON COHEN A/K/A SHARON M. COHEN

Case No: 18-13641 - MBK

Hearing Date: 12/11/2018

Judge:  MICHAEL B KAPLAN

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is
hereby **ORDERED**.

**DATED: January 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NJID 806369**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

DENNIS COHEN A/K/A DENNIS J. COHEN
SHARON COHEN A/K/A SHARON M. COHEN

Debtors

CASE NO. 18-13641 - MBK

CHAPTER 13

CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

HEARING DATE: 12/11/2018

This Consent Order pertains to the property located at 15 BANSTEAD WAY, JACKSON, NJ 08527-4494, mortgage account ending with "5177";

THIS MATTER having been brought before the Court by, Daniel E. Straffi, Esquire, Esquire attorney for debtors, DENNIS COHEN, SHARON COHEN upon the filing of a Chapter 13 Plan, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the                     day of                     , 2018, ORDERED as follows:

1.      The debtors plan is hereby amended to allow **$29,439.93** to be paid to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. Said amount reflects that found on JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's Proof of Claim.

2.      If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's allowed secured proof of claim.

3.      Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4.      This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 44521
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com

Dated:  12/21/2018

/s/ Daniel E. Straffi                              Dated: 12/28/2018
Daniel E. Straffi, Esquire, Esquire
Attorney for debtors