UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

806369
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Secured Creditor: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

In Re:

DENNIS COHEN A/K/A DENNIS J. COHEN
SHARON COHEN A/K/A SHARON M. COHEN

Order Filed on January 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-13641 - MBK

Hearing Date: 12/11/2018

Judge: MICHAEL B KAPLAN

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NJID 806369**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| DENNIS COHEN A/K/A DENNIS J. COHEN | CASE NO. 18-13641 - MBK |
| SHARON COHEN A/K/A SHARON M. COHEN | CHAPTER 13 |
| | CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION |
| Debtors | HEARING DATE: 12/11/2018 |

  This Consent Order pertains to the property located at 15 BANSTEAD WAY, JACKSON, NJ 08527-4494, mortgage account ending with "5177";

  THIS MATTER having been brought before the Court by, Daniel E. Straffi, Esquire, Esquire attorney for debtors, DENNIS COHEN, SHARON COHEN upon the filing of a Chapter 13 Plan, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

  IT IS on the       day of      , 2018, ORDERED as follows:

  1.  The debtors plan is hereby amended to allow **$29,439.93** to be paid to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. Said amount reflects that found on JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's Proof of Claim.

  2.  If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's allowed secured proof of claim.

  3.  Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 44521
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com

Dated: 12/21/2018

/s/ Daniel E. Straffi                    Dated: 12/28/2018
Daniel E. Straffi, Esquire, Esquire
Attorney for debtors

United States Bankruptcy Court
District of New Jersey

In re:
Dennis Cohen
Sharon Cohen
    Debtors

Case No. 18-13641-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 11, 2019
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.
db/jdb       Dennis Cohen,   Sharon Cohen,   15 Banstead Way,   Jackson, NJ   08527-4494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2019 at the address(es) listed below:
         Albert   Russo     docs@russotrustee.com
         Craig Scott Keiser     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION craig.keiser@phelanhallinan.com
         Daniel E. Straffi     on behalf of Debtor Dennis  Cohen bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
         Daniel E. Straffi     on behalf of Joint Debtor Sharon  Cohen bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
         Denise E. Carlon     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Kevin Gordon McDonald     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Marlena S. Diaz-Cobo     on behalf of Creditor     Four Seasons at South Knolls Homeowners Association, Inc. collections@theassociationlawyers.com
         Nicholas V. Rogers     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com
         Rosemarie  Diamond     on behalf of Loss Mitigation     Chase miguel.zavala@fedphe.com
         Sherri Jennifer Smith     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                           TOTAL: 11