Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–13641–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dennis Cohen | Sharon Cohen |
| 15 Banstead Way | 15 Banstead Way |
| Jackson, NJ 08527–4494 | Jackson, NJ 08527–4494 |

Social Security No.:
  xxx–xx–9796                                                                xxx–xx–1890

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      5/15/19
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Daniel E. Straffi, Debtor's Attorney

COMMISSION OR FEES
fee: $4270.00

EXPENSES
$30.23

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: April 5, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 18-13641-MBK
Dennis Cohen                                                                     Chapter 13
Sharon Cohen
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 05, 2019
                              Form ID: 137             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.
```
db/jdb          Dennis Cohen,    Sharon Cohen,    15 Banstead Way,    Jackson, NJ  08527-4494
lm             +Chase,    710 South Ashe Street,    Ste 200,    Glendale, CO 80246-1989
cr             +Four Seasons at South Knolls Homeowners Associatio,    c/o McGovern Legal Services, LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517351369       Amerisol,    PO Box 65018,    Baltimore, MD  21264-5018
517351371      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bankamerica,    PO Box 982238,    El Paso, TX  79998-2238)
517515901      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517351374       Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
517351375       Chase Mortgage,    3415 Vision Dr,    Columbus, OH  43219-6009
517351376       Chase Mtg,    PO Box 24696,    Columbus, OH  43224-0696
517351377       Citi,    PO Box 6190,    Sioux Falls, SD  57117-6190
517351378      +Citibank, NA,    701 E. 60 Street N,    Sioux Falls, SD 57104-0493
517351381       Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    PO Box 790040,
                 Saint Louis, MO  63179-0040
517351385      +Dsnb Macys,    PO Box 8218,    Mason, OH  45040-8218
517351386       Four Seasons at South Knolls,    Homeowners Association c/o Community Man,    PO Box 67750,
                 Phoenix, AZ  85082-7750
517514388      +Four Seasons at South Knolls HOA,    c/o McGovern Legal Services, LLC,    850 Carolier Lane,
                 North Brunswick, NJ 08902-3312
517351387       Green Dot Bank,    840 Highway 33,    Mercerville, NJ  08619-4413
517513601      +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
517385291      +M&T BANK,    P.O. BOX 1508,    BUFFALO, NY 14240-1508
517351389       M&T Credit Services,    1100 Worley Dr,    Williamsville, NY  14221
517351390       McGovern Legal Services, LLC,    PO Box 1111,    New Brunswick, NJ  08903-1111
517631810      +PNC Bank, N.A.,    Attn: Bankruptcy,    P.O. Box 94982,    Cleveland, OH 44101-4982
517351391       Phelan, Hallinan, Diamond & Jones,    400 Fellowship Rd,    Mount Laurel, NJ  08054-3437
517351392      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
517351394      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517351396       Surgical Pathology Associates,    207 Georgetown Wrightstown Rd,    Wrightstown, NJ  08562-2520
517419298      +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
517430352      +TD Bank, N.A.,    Richard J. Tracy, III, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City NJ 07302-3835
517351401       Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                 Mason, OH  45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 23:34:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 23:34:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517351379       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 05 2019 23:34:00      Comenitybank/coldwcmc,
                 Comenity Bank,    PO Box 182125,    Columbus, OH  43218-2125
517351380       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 05 2019 23:34:00      Comenitybk/coldwater,
                 PO Box 182789,    Columbus, OH  43218-2789
517351384       E-mail/Text: mrdiscen@discover.com Apr 05 2019 23:33:12      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE  19850
517367246       E-mail/Text: mrdiscen@discover.com Apr 05 2019 23:33:12      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517351382       E-mail/Text: mrdiscen@discover.com Apr 05 2019 23:33:12      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE  19850-5316
517351383       E-mail/Text: mrdiscen@discover.com Apr 05 2019 23:33:12      Discover Financial,    PO Box 3025,
                 New Albany, OH  43054-3025
517491881       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 05 2019 23:37:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517351388       E-mail/Text: camanagement@mtb.com Apr 05 2019 23:33:56      M&T Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY  14203-1420
517351393       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2019 23:37:30
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
517368847      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2019 23:36:15
                 Portfolio Recovery Associates, LLC c/o Sears,    POB 41067,    Norfolk VA 23541-1067
517490395       E-mail/Text: bnc-quantum@quantum3group.com Apr 05 2019 23:34:19
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517351395       E-mail/Text: clientservices@simonsagency.com Apr 05 2019 23:35:21      Simons Agency Inc,
                 4963 Wintersweet Dr,    Liverpool, NY  13088-2176
517351397       E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:37:17      Syncb/lowes,    PO Box 965005,
                 Orlando, FL  32896-5005
```

```
District/off: 0312-3          User: admin             Page 2 of 2              Date Rcvd: Apr 05, 2019
                              Form ID: 137            Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517355049      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:37:18      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517351398       E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 23:37:18      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
517351399       E-mail/Text: bankruptcy@td.com Apr 05 2019 23:34:38      Td Bank N.A.,    32 Chestnut St,
                 Lewiston, ME 04240-7744
517351400       E-mail/Text: bankruptcy@td.com Apr 05 2019 23:34:38      Td Banknorth,    Attn: Bankruptcy,
                 PO Box 1190,    Lewiston, ME 04243-1190
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517351372*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk of Amer,     PO Box 982238,    El Paso, TX 79998-2238)
517351370      ##Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
517351373      ##+Central Jersey Emergency Medical Assoc,     PO Box 2680,    New Brunswick, NJ 08903-2680
                                                                                  TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Craig Scott Keiser    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               craig.keiser@phelanhallinan.com
              Daniel E. Straffi    on behalf of Debtor Dennis  Cohen bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Sharon  Cohen bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marlena S. Diaz-Cobo    on behalf of Creditor   Four Seasons at South Knolls Homeowners
               Association, Inc. collections@theassociationlawyers.com
              Nicholas V. Rogers    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Rosemarie  Diamond    on behalf of Loss Mitigation   Chase miguel.zavala@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```