UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

Order Filed on May 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Cohen, Dennis
Cohen, Sharon

Case No.: 18-13641

Chapter: 13

Judge: Michael B. Kaplan

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: May 17, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Daniel E. Straffi, Jr._____, the applicant, is allowed a fee of $ _____4,270.00_____ for services rendered and expenses in the amount of $_____30.23_____ for a total of $_____4,300.23_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority. $1,800.23 in Plan

    ☒ outside the plan. $2,500.00 outside of plan

The debtor's monthly plan is modified to require a payment of $_____1,656.00_____ per month for _____46_____ months to allow for payment of the above fee.

*rev.8/1/15*