| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>825421<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | **Order Filed on June 19, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   DENNIS COHEN<br>   SHARON COHEN<br><br>   Debtor(s) | Case No.: 18-13641 - MBK<br><br>Hearing Date: TBD<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 7 |

Recommended Local Form:  ☒ Followed  ☐ Modified

## ORDER VACATING STAY

\_\_\_     The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 19, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

15 BANSTEAD WAY, JACKSON, NJ 08527

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Dennis Cohen  
Sharon Cohen  
    Debtors

Case No. 18-13641-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 19, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.  
db/jdb       Dennis Cohen,   Sharon Cohen,   15 Banstead Way,   Jackson, NJ 08527-4494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:  
        Barry Frost   trustee@teichgroh.com, NJ94@ecfcbis.com;frost@remote7solutions.com  
        Craig Scott Keiser   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION craig.keiser@phelanhallinan.com  
        Daniel E. Straffi   on behalf of Debtor Dennis Cohen bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
        Daniel E. Straffi   on behalf of Joint Debtor Sharon Cohen bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
        Denise E. Carlon   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marlena S. Diaz-Cobo   on behalf of Creditor   Four Seasons at South Knolls Homeowners Association, Inc. collections@theassociationlawyers.com  
        Nicholas V. Rogers   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
        Rosemarie Diamond   on behalf of Loss Mitigation   Chase miguel.zavala@fedphe.com  
        Sherri Jennifer Smith   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 11