**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dennis Cohen <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9796 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Sharon Cohen <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1890 <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  District of New Jersey

Case number:  18–13641–KCF

## Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dennis Cohen                                   Sharon Cohen

8/16/19                                        **By the court:**  Kathryn C. Ferguson
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318          **Order of Discharge**                         page 2

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                     Case No. 18-13641-KCF
Dennis Cohen                                               Chapter 7
Sharon Cohen
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2           Date Rcvd: Aug 16, 2019
                               Form ID: 318                Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
db/jdb         Dennis Cohen,    Sharon Cohen,    15 Banstead Way,    Jackson, NJ 08527-4494
lm            +Chase,   710 South Ashe Street,    Ste 200,    Glendale, CO 80246-1989
cr            +Four Seasons at South Knolls Homeowners Associatio,      c/o McGovern Legal Services, LLC,
                850 Carolier Lane,    North Brunswick, NJ 08902-3312
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,      Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,      Phelan Hallinan & Schmieg, PC,
                1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517351369      Amerisol,   PO Box 65018,    Baltimore, MD 21264-5018
517515901     +Bank of America, N.A.,    P O Box 982284,     El Paso, TX 79998-2284
517351373     +Central Jersey Emergency Medical Assoc,     PO Box 2680,    New Brunswick, NJ 08903-2680
517351375      Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
517351376      Chase Mtg,   PO Box 24696,    Columbus, OH 43224-0696
517351377      Citi,   PO Box 6190,    Sioux Falls, SD 57117-6190
517351381      Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,     PO Box 790040,
                Saint Louis, MO 63179-0040
517351386      Four Seasons at South Knolls,    Homeowners Association c/o Community Man,     PO Box 67750,
                Phoenix, AZ 85082-7750
517514388     +Four Seasons at South Knolls HOA,     c/o McGovern Legal Services, LLC,    850 Carolier Lane,
                North Brunswick, NJ 08902-3312
517351387      Green Dot Bank,    840 Highway 33,    Mercerville, NJ 08619-4413
517513601     +JPMorgan Chase Bank, National Association,      Chase Records Center,    Attn: Correspondence Mail,
                Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
517385291     +M&T BANK,   P.O. BOX 1508,    BUFFALO, NY 14240-1508
517351389      M&T Credit Services,    1100 Worley Dr,    Williamsville, NY 14221
517351390      McGovern Legal Services, LLC,    PO Box 1111,    New Brunswick, NJ 08903-1111
517631810     +PNC Bank, N.A.,    Attn: Bankruptcy,    P.O. Box 94982,    Cleveland, OH 44101-4982
517351391      Phelan, Hallinan, Diamond & Jones,     400 Fellowship Rd,    Mount Laurel, NJ 08054-3437
517351392     +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
517351394     +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517351396      Surgical Pathology Associates,     207 Georgetown Wrightstown Rd,    Wrightstown, NJ 08562-2520
517419298     +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
517430352     +TD Bank, N.A.,    Richard J. Tracy, III, Esq.,     30 Montgomery Street, Suite 1205,
                Jersey City NJ 07302-3835
517351401      Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    PO Box 8053,
                Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2019 01:00:47      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2019 01:00:44      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517351371      EDI: BANKAMER.COM Aug 17 2019 04:13:00      Bankamerica,   PO Box 982238,
                El Paso, TX 79998-2238
517351372      EDI: BANKAMER.COM Aug 17 2019 04:13:00      Bk of Amer,   PO Box 982238,
                El Paso, TX 79998-2238
517351370      EDI: BANKAMER.COM Aug 17 2019 04:13:00      Bank of America,   NC4-105-03-14,    PO Box 26012,
                Greensboro, NC 27420-6012
517351374      EDI: CHASE.COM Aug 17 2019 04:13:00      Chase Card,   PO Box 15298,
                Wilmington, DE 19850-5298
517351378     +EDI: CITICORP.COM Aug 17 2019 04:13:00      Citibank, NA,   701 E. 60 Street N,
                Sioux Falls, SD 57104-0493
517351379      EDI: WFNNB.COM Aug 17 2019 04:13:00      Comenitybank/coldwcmc,    Comenity Bank,   PO Box 182125,
                Columbus, OH 43218-2125
517351380      EDI: WFNNB.COM Aug 17 2019 04:13:00      Comenitybk/coldwater,    PO Box 182789,
                Columbus, OH 43218-2789
517351384      EDI: DISCOVER.COM Aug 17 2019 04:13:00      Discover Financial Services,    PO Box 15316,
                Wilmington, DE 19850
517367246      EDI: DISCOVER.COM Aug 17 2019 04:13:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH 43054-3025
517351382      EDI: DISCOVER.COM Aug 17 2019 04:13:00      Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE 19850-5316
517351383      EDI: DISCOVER.COM Aug 17 2019 04:13:00      Discover Financial,   PO Box 3025,
                New Albany, OH 43054-3025
517351385      EDI: TSYS2.COM Aug 17 2019 04:13:00      Dsnb Macys,   PO Box 8218,    Mason, OH 45040-8218
517491881      EDI: RESURGENT.COM Aug 17 2019 04:13:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517351388      E-mail/Text: camanagement@mtb.com Aug 17 2019 01:00:26      M&T Bank,   1 Fountain Plz Fl 4,
                Buffalo, NY 14203-1420
517351393      EDI: PRA.COM Aug 17 2019 04:13:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 16, 2019
                              Form ID: 318             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517368847      +EDI: PRA.COM Aug 17 2019 04:13:00      Portfolio Recovery Associates, LLC c/o Sears,   POB 41067,
                 Norfolk VA 23541-1067
517490395       EDI: Q3G.COM Aug 17 2019 04:13:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
517351395       E-mail/Text: clientservices@simonsagency.com Aug 17 2019 01:01:35      Simons Agency Inc,
                 4963 Wintersweet Dr,   Liverpool, NY 13088-2176
517351397       EDI: RMSC.COM Aug 17 2019 04:13:00      Syncb/lowes,   PO Box 965005,   Orlando, FL 32896-5005
517355049      +EDI: RMSC.COM Aug 17 2019 04:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517351398       EDI: RMSC.COM Aug 17 2019 04:13:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 PO Box 965060,   Orlando, FL 32896-5060
517351399       EDI: TDBANKNORTH.COM Aug 17 2019 04:13:00      Td Bank N.A.,   32 Chestnut St,
                 Lewiston, ME 04240-7744
517351400       EDI: TDBANKNORTH.COM Aug 17 2019 04:13:00      Td Banknorth,   Attn: Bankruptcy,   PO Box 1190,
                 Lewiston, ME 04243-1190
                                                                                               TOTAL: 25

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2019 at the address(es) listed below:
```
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com;frost@remote7solutions.com
              Craig Scott Keiser    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               craig.keiser@law.njoag.gov
              Daniel E. Straffi    on behalf of Debtor Dennis  Cohen bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Sharon  Cohen bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marlena S. Diaz-Cobo    on behalf of Creditor   Four Seasons at South Knolls Homeowners
               Association, Inc. collections@theassociationlawyers.com
              Nicholas V. Rogers    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Rosemarie  Diamond    on behalf of Loss Mitigation   Chase miguel.zavala@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```