Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18–13641–KCF
                Chapter: 7
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dennis Cohen | Sharon Cohen |
| 15 Banstead Way | 15 Banstead Way |
| Jackson, NJ 08527–4494 | Jackson, NJ 08527–4494 |

Social Security No.:
  xxx–xx–9796                             xxx–xx–1890

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 17, 2019</u>                 <u>Kathryn C. Ferguson</u>
                                              Judge, United States Bankruptcy Court